64048. RICHARDS v. HANOVER INSURANCE COMPANY.

BANKE, Judge.

The judgment of this court in *Richards v. Hanover Ins. Co.,* 162 Ga. App. 736 (292 SE2d 99) (1982), having been reversed on certiorari by the Supreme Court in *Richards v. Hanover Ins. Co.,* 250 Ga. 613 (299 SE2d 561) (1983), said judgment is vacated; and in accordance with the decision of the Supreme Court, the judgment of the trial court is hereby reversed.

*Judgment reversed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED MAY 2, 1983.

*Nicholas E. Bakatsas,* for appellant.
*Clayton H. Farnham,* for appellee.